IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| CHARLENE GRAHAM | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | Case No.: 15-15933 (SR) |
| **Moving Party** | ) | |
| | ) | **Hearing Date:  7-26-17 at 10:00 AM** |
| v. | ) | |
| | ) | 11 U.S.C. 362 |
| CHARLENE GRAHAM | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors in settlement of the OBJECTION TO CONFIRMATION, and filed on or about July 28, 2017 in the above matter is APPROVED.

Dated:

BY THE COURT:

*Stephen Raslavich*
_____
UNITED STATES BANKRUPTCY JUDGE

**Date: July 31, 2017**