**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Charlene Graham<br>　　　　　　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　　　　　　Movant<br>　　　vs.<br>Charlene Graham<br>　　　　　　　　　　　Debtor | NO. 15-15933 SR |
| Frederick L. Reigle<br>　　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

　　　　AND NOW, this 　　　 day of 　　　　　　, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

　　　　The Motion is granted and the Loan Modification Agreement executed on June 7, 2017 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: August 9, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Charlene Graham
7508 Sherwood Rd
Philadelphia, PA 19151

Zachary Perlick Esq.
1420 Walnut Street (VIA ECF)
Suite 718
Philadelphia, PA 19102

Frederick L. Reigle
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532