IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CHARLENE GRAHAM | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 15-15933 JKF |

### SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $  500.00 |
| Net amount to be paid by the Trustee | $  500.00 |

Fees may be paid in accordance with the confirmed Chapter 13 plan.

Dated: November 2, 2017

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: _____

cc:   FREDERICK L. REIGLE, TRUSTEE
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922

Debtor