United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 15-15933-jkf
Charlene Graham                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Nov 02, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Charlene Graham,    7508 Sherwood Rd.,    Philadelphia, PA 19151-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Jeffrey Scott Dunn    jefdun@gmail.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
       ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Charlene  Graham Perlick@verizon.net,
       pireland1@verizon.net
                                                                                                        TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      CHARLENE GRAHAM    :     CHAPTER 13
                                                 :
                                                 :
                DEBTOR                 :     BANKRUPTCY No. 15-15933 JKF

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:            $   500.00
Net amount to be paid by the Trustee    $   500.00

Fees may be paid in accordance with the confirmed Chapter 13 plan.

Dated: November 2, 2017

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Dated: _____

cc:     FREDERICK L. REIGLE, TRUSTEE
        2901 St. Lawrence Avenue
        P.O. Box 4010
        Reading, PA 19606

        Zachary Perlick, Esquire
        1420 Walnut Street, Suite 718
        Philadelphia, PA 19102
        (215) 569-2922

        Debtor