IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHARLENE GRAHAM    :   CHAPTER 13
                           :
                           :
         DEBTOR            :   Bankruptcy No. 15-15933

ORDER

AND NOW, this         day of           , 2017, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation and Motion to Abate Payments, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

**Date: November 9, 2017**

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

CHARLENE GRAHAM
7508 Sherwood Rd.
Philadelphia, PA 19151