United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charlene Graham  
    Debtor

Case No. 15-15933-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Nov 09, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.  
db             +Charlene Graham,     7508 Sherwood Rd.,     Philadelphia, PA 19151-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:

         BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Jeffrey Scott Dunn     jefdun@gmail.com  
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
          james.feighan@phila.gov  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
          bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation  
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
         ZACHARY PERLICK    on behalf of Debtor Charlene Graham Perlick@verizon.net,  
          pireland1@verizon.net  
                                                                                                          TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    CHARLENE GRAHAM    :    CHAPTER 13
:
:
DEBTOR    :    Bankruptcy No. 15-15933

ORDER

AND NOW, this        day of            , 2017, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation and Motion to Abate Payments, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

**Date: November 9, 2017**                THE HONORABLE JEAN K. FITZSIMON

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

CHARLENE GRAHAM
7508 Sherwood Rd.
Philadelphia, PA 19151