### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CHARLENE GRAHAM     :     CHAPTER 13
                               :
                               :
           DEBTOR              :     BANKRUPTCY No. 15-15933JKF

**O R D E R**

AND NOW, this        day of           , 2019, upon consideration of the Debtor's Motion to Dismiss her Chapter 13 Case pursuant to 11 U.S.C. 1307(b), the above captioned case is hereby dismissed and the clerk shall mark the case closed.  All wage orders are hereby vacated.

BY THE COURT:

**Date: August 27, 2019**

THE HONORABLE JEAN K. FITZSIMON

Dated: _____

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Scott F. Waterman, Esquire
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

CHARLENE GRAHAM
2825 Poplar St.
Philadelphia, PA 19130

All parties on the Matrix


All parties on the Matrix