United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 15-15933-jkf
Charlene Graham                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia           Page 1 of 2           Date Rcvd: Aug 27, 2019
                             Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
```
db           +Charlene Graham,   7508 Sherwood Rd.,    Philadelphia, PA 19151-2114
cr           +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,   PO Box 513,
               Southfield, MI 48037-0513
13582920      Allstate Indemnity,    PO Box 55126,    Boston, MA 02205-5126
13582923     +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13582925     +City of Philadelphia,    PO Box 56318,    Philadelphia, PA 19130-6318
13582926     +Community College of Philadelphia,    c/o Eastern Revenue,   PO Box 7036,
               Audubon, PA 19407-7036
13582927     +Credit Acceptance,    25505 West Twelve Mile Road,   Suite 3000,    Southfield, MI 48034-8331
13582928     +Deer Park direct,    6661 Dixie Highway, Suite 4,   Louisville, KY 40258-3950
13582930     +Eleanor Tiongson, MD PC,    2100 Keystone Ave. #301,   Drexel Hill, PA 19026-1127
13582936     +National Credit Adjusters,    PO Box 3023,   327 W. 4th St,   Hutchinson, KS 67501-4842
13582937     +P.G.W.,    800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
13582939     +PECO Bankruptcy Collections,    2301 Market Street, N3-1,   Philadelphia, PA 19103-1338
13667725     +PNC Bank, National Association,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
               Mail Code OH4-7142,    Columbus, OH 43219-6009
13582938     +Palisades Collection,    c/o Convergent Outsourcing, Inc.,   800 SW 39th St.,    PO Box 9004,
               Renton, WA 98057-9004
13582940     +Penn Credit,   PO Box 786612,    Philadelphia, PA 19178-6612
13582942      Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
13582943      Resurgent Capital Services,    PO Box 1410,   Troy, MI 48099-1410
13582945      Supersmile,   95 Old Shoals Rd,    Arden, NC 28704-9401
13582946     +US Department of Education,    2401 International,   PO Box 7859,   Madison, WI 53707-7859
13582934     +law Office of Frederic I. Weinberg,    375 E. Elm St.,   Suite 210,
               Conshohocken, PA 19428-1973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:14     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2019 02:45:57
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2019 02:46:11     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:14     City of Philadelphia,
               Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
13582921     +E-mail/Text: bankruptcydepartment@tsico.com Aug 28 2019 02:46:21     ALW Sourcing, LLC,
               1804 Washington Blvd.,   Baltimore, MD 21230-1700
13582922     +E-mail/Text: bankruptcy@acacceptance.com Aug 28 2019 02:46:06     American Credit Acceptance,
               961 E. Main St.,   Spartanburg, SC 29302-2185
13626459     +E-mail/Text: bankruptcy@sccompanies.com Aug 28 2019 02:46:23     Ashro Lifestyle,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13667072      E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:13     City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13582924      E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:13     City of Philadelphia,
               Law Department, Enforecment Div.,   1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1508
13582929     +E-mail/Text: bknotice@ercbpo.com Aug 28 2019 02:46:08     Dish Network,
               c/o Enhanced Recovery Company, LLC,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13666064     +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 28 2019 02:50:09     Exeter Finance Corp.,
               P.O. Box 167399,   Irving, TX 75016-7399
13585332     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2019 02:50:08     Exeter Finance Corp.,
               P.O. Box 201347,   Arlington, TX 76006-1347
13582932      E-mail/Text: ebn@mycps.com Aug 28 2019 02:46:12     HSN,   c/o CPS Security,   PO Box 35,
               Kingsbury, TX 78638-0035
13629460      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 02:50:35
               LVNV Funding LLC c/o Resurgent Capital Services,   P.O. Box 10675,   Greenville, SC 29603-0675
13582935     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 02:50:35     LVNV Funding, LLC,
               PO Box 10497,   Greenville, SC 29603-0497
13582941      E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 28 2019 02:46:22
               Progressive Specialty Insurance Co,   PO Box 55126,   Boston, MA 02205-5126
13582944     +E-mail/Text: bankruptcy@sccompanies.com Aug 28 2019 02:46:23     Seventh Avenue,
               1112 7th Avenue,   Monroe, WI 53566-1364
13626460     +E-mail/Text: bankruptcy@sccompanies.com Aug 28 2019 02:46:23     Seventh Avenue,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13582947      E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:13     Water Revenue Bureau,
               1401 J.F.K. Blvd.,   Philadelphia, PA 19102
                                                                                              TOTAL: 19
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Aug 27, 2019
                               Form ID: pdf900             Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
13582931        Frontline Asset Strategies,   2700 Snelling Ave.N,   Suite 250,   MA 05511-3000
cr*            +Exeter Finance Corp.,   P.O. Box 201347,   Arlington, TX 76006-1347
14180302*      +Exeter Finance LLC,   P.O. Box 167399,   Irving, TX 75016-7399
13653558*      +Porania LLC,   P. O. Box 11405,   Memphis TN 38111-0405
13582948*       Water Revenue Bureau,   1401 J.F.K. Blvd.,   Philadelphia, PA 19102
13582933      ##Kramer & Associates,   401 Hackensack FL 9,   Hackensack, NJ 07601-6402
13597169      ##+Porania LLC,   P. O. Box 11405,   Memphis, TN 38111-0405
                                                                                 TOTALS: 2, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeffrey Scott Dunn    jefdun@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Charlene  Graham Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    CHARLENE GRAHAM    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 15-15933JKF

**O R D E R**

AND NOW, this       day of        , 2019, upon consideration of the Debtor's Motion to Dismiss her Chapter 13 Case pursuant to 11 U.S.C. 1307(b), the above captioned case is hereby dismissed and the clerk shall mark the case closed. All wage orders are hereby vacated.

BY THE COURT:

**Date: August 27, 2019**

_____
THE HONORABLE JEAN K. FITZSIMON

Dated:_____

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Scott F. Waterman, Esquire
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

CHARLENE GRAHAM
2825 Poplar St.
Philadelphia, PA 19130

All parties on the Matrix


All parties on the Matrix